# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152228 & (50)(54)(55)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARON MANDEL EVANS,
      Defendant-Appellant.

SC: 152228
COA: 321909
Oakland CC: 2012-243961-FC

_____/

On order of the Court, the application for leave to appeal the July 16, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand for a *Ginther* hearing, to hold in abeyance, and for bond pending appeal are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2016



t0316

Clerk